# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THURSTON, FRED STONE | § | Case No. 15-13546 |
| THURSTON, ESTHER MARIE | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/16/2015 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $     31,113.28

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 200.00 |
| Bank service fees | 101.10 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 30,812.18 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  09/15/2015  and the deadline for filing governmental claims was  09/15/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,861.33 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,861.33 , for a total compensation of $ 3,861.33 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 12/08/2015                    By: /s/Robert B. Katz, Trustee
                                                    Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 15-13546   CAD   Judge: CAROL A. DOYLE | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | THURSTON, FRED STONE | Date Filed (f) or Converted (c): | 04/16/15 (f) |
|  | THURSTON, ESTHER MARIE | 341(a) Meeting Date: | 06/04/15 |
| For Period Ending: | 11/24/15 | Claims Bar Date: | 09/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 27 Russet Way, Palatine, Il 60067 | 328,000.00 | 24,017.15 |  | 24,017.15 | FA |
| 2. nominal cash | 75.00 | 0.00 |  | 0.00 | FA |
| 3. 2 checking at Harris | 1,200.00 | 3,396.13 |  | 3,396.13 | FA |
| 4. misc furniture furnishings and electronics | 450.00 | 0.00 |  | 0.00 | FA |
| 5. misc clothing | 300.00 | 0.00 |  | 0.00 | FA |
| 6. 2 sets of golf clubs very old | 200.00 | 0.00 |  | 0.00 | FA |
| 7. h&w shield 9 mm hand gun | 500.00 | 0.00 |  | 0.00 | FA |
| 8. whole life policy with Trustmark Insurance husband | 2,090.00 | 0.00 |  | 0.00 | FA |
| 9. Universal LIfe policy with Sentry; wife is the ben | 153.00 | 0.00 |  | 0.00 | FA |
| 10. wife's 401k plan American Solutions for Business 4 | 43,000.00 | 0.00 |  | 0.00 | FA |
| 11. esop; American Solutions ESOP plan | 23,465.00 | 0.00 |  | 0.00 | FA |
| 12. 100% of Thurston Solution LLC which exists only t | 400.00 | 0.00 |  | 0.00 | FA |
| 13. 2007 Toyota Avalon | 6,000.00 | 2,350.00 |  | 2,350.00 | FA |
| 14. 2005 Taho LZ | 7,750.00 | 1,350.00 |  | 1,350.00 | FA |
|  |  |  |  |  | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $413,583.00 | $31,113.28 |  | $31,113.28 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel to negotiate settlement with debtor's attorney and seek court approval of same; trustee
retained accountant abd filed requisite Federal and State income tax returns. Trustee prepared and filed this Final
Report.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | |
|---|---|
| Case No: 15-13546   CAD   Judge: CAROL A. DOYLE | Trustee Name: Robert B. Katz, Trustee |
| Case Name: THURSTON, FRED STONE | Date Filed (f) or Converted (c): 04/16/15 (f) |
| THURSTON, ESTHER MARIE | 341(a) Meeting Date: 06/04/15 |
| | Claims Bar Date: 09/15/15 |

Initial Projected Date of Final Report (TFR): 06/30/16   Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-13546 -CAD | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- |
| Case Name: | THURSTON, FRED STONE | Bank Name: | ASSOCIATED BANK |
|  | THURSTON, ESTHER MARIE | Account Number / CD #: | *******7126 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8994 |  |  |
| For Period Ending: | 11/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/02/15 | * NOTE * | BMO Harris Bank | SETTLEMENT PAYMENT | 1129-000 | 31,113.28 |  | 31,113.28 |
|  |  |  | * NOTE * Properties 1, 3, 13, 14 |  |  |  |  |
| 09/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.44 | 31,102.84 |
| 09/29/15 | 010001 | DMD Appraisals, Inc. | | 3711-000 |  | 200.00 | 30,902.84 |
|  |  | Attn.: Donna Dernulc |  |  |  |  |  |
|  |  | 720 Sylviawood Ave. |  |  |  |  |  |
|  |  | Park Ridge, IL 60068 |  |  |  |  |  |
| 10/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 44.74 | 30,858.10 |
| 11/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 45.92 | 30,812.18 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 31,113.28 | 301.10 | 30,812.18 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 31,113.28 | 301.10 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 31,113.28 | 301.10 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account (Non-Interest Earn - *******7126 | 31,113.28 | 301.10 | 30,812.18 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 31,113.28 | 301.10 | 30,812.18 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ Robert B. Katz, Trustee

Trustee's Signature: _____ Date: 12/08/15

Page Subtotals 31,113.28 301.10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | | |
|---|---|---|
| Case No: | 15-13546 -CAD | |
| Case Name: | THURSTON, FRED STONE | |
| | THURSTON, ESTHER MARIE | |
| Taxpayer ID No: | *******8994 | |
| For Period Ending: | 11/24/15 | |

| | | |
|---|---|---|
| Trustee Name: | Robert B. Katz, Trustee | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******7126 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

ROBERT B. KATZ, TRUSTEE

Page Subtotals     0.00     0.00

Page 1 | EXHIBIT A / ANALYSIS OF CLAIMS REGISTER | Date: December 08, 2015

Case Number: 15-13546
Debtor Name: THURSTON, FRED STONE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 001 2100-00 | Robert B. Katz<br>53 W Jackson Blvd.<br>Suite 1320<br>Chicago, IL 60604 | Administrative | | $3,861.33 | $0.00 | $3,861.33 |
| 11 001 3410-00 | Popowcer Katten, LTD.<br>35 E Wacker Drive, Suite 1550<br>Chicago, IL 60601 | Administrative | | $1,075.00 | $0.00 | $1,075.00 |
| 12 001 3210-00 | DiMonte & Lizak, LLC<br>216 West Higgens Road<br>Park Ridge, Il 60068 | Administrative | | $12,506.14 | $0.00 | $12,506.14 |
| 000001 070 UC | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $9,667.42 | $0.00 | $9,667.42 |
| 000002 070 UC | Cavalry Spv I, LLC<br>Assignee of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $1,632.03 | $0.00 | $1,632.03 |
| 000003 070 UC | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $10,564.22 | $0.00 | $10,564.22 |
| 000004 070 UC | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $15,335.43 | $0.00 | $15,335.43 |
| 000005 070 UC | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $12,181.90 | $0.00 | $12,181.90 |
| 000006 070 UC | The Bank of New York Mellon FKA<br>Bank of America, N.A.<br>P.O. Box 5170<br>Simi Valley, CA 93062<br>Claim Withdrawn | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000007 070 UC | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $19,773.42 | $0.00 | $19,773.42 |

Page 2

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: December 08, 2015

Case Number: 15-13546
Debtor Name: THURSTON, FRED STONE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 UC | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $29,371.76 | $0.00 | $29,371.76 |
| 000009 070 UC | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $24,387.80 | $0.00 | $24,387.80 |
| | Case Totals: | | | $140,356.45 | $0.00 | $140,356.45 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-13546
Case Name: THURSTON, FRED STONE
　　　　　　THURSTON, ESTHER MARIE
Trustee Name: Robert B. Katz, Trustee

Balance on hand　　　　　　　　　　　　　　　　　　　　　$　　30,812.18

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 3,861.33 | $ 0.00 | $ 3,861.33 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 12,440.00 | $ 0.00 | $ 12,440.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 66.14 | $ 0.00 | $ 66.14 |
| Accountant for Trustee Fees: Popowcer Katten, LTD. | $ 1,075.00 | $ 0.00 | $ 1,075.00 |

Total to be paid for chapter 7 administrative expenses　　　　$　　17,442.47
Remaining Balance　　　　　　　　　　　　　　　　　　　　$　　13,369.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 122,913.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 9,667.42 | $ 0.00 | $ 1,051.55 |
| 000002 | Cavalry Spv I, LLC | $ 1,632.03 | $ 0.00 | $ 177.52 |
| 000003 | American Express Centurion Bank | $ 10,564.22 | $ 0.00 | $ 1,149.10 |
| 000004 | American Express Centurion Bank | $ 15,335.43 | $ 0.00 | $ 1,668.08 |
| 000005 | American Express Centurion Bank | $ 12,181.90 | $ 0.00 | $ 1,325.06 |
| 000007 | PYOD, LLC its successors and assigns as | $ 19,773.42 | $ 0.00 | $ 2,150.81 |
| 000008 | PYOD, LLC its successors and assigns as | $ 29,371.76 | $ 0.00 | $ 3,194.85 |
| 000009 | PYOD, LLC its successors and assigns as | $ 24,387.80 | $ 0.00 | $ 2,652.74 |

Total to be paid to timely general unsecured creditors    $         13,369.71

Remaining Balance    $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE