UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
THURSTON, FRED STONE § Case No. 15-13546
THURSTON, ESTHER MARIE §
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    DIrksen Federal Building
    219 S. Dearborn St.
    Room 713
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/03/2016 in Courtroom 742,
    United States Courthouse
    219 S. Dearborn St.
    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/09/2015        By: Robert B. Katz

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
THURSTON, FRED STONE § Case No. 15-13546
THURSTON, ESTHER MARIE §
 §
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 31,113.28 |
| and approved disbursements of | $ | 301.10 |
| leaving a balance on hand of[1] | $ | 30,812.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz, Trustee | $ 3,861.33 | $ 0.00 | $ 3,861.33 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 12,440.00 | $ 0.00 | $ 12,440.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 66.14 | $ 0.00 | $ 66.14 |
| Accountant for Trustee Fees: Popowcer Katten, LTD. | $ 1,075.00 | $ 0.00 | $ 1,075.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 17,442.47 |
| Remaining Balance | | $ | 13,369.71 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 122,913.98 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 9,667.42 | $ 0.00 | $ 1,051.55 |
| 000002 | Cavalry Spv I, LLC | $ 1,632.03 | $ 0.00 | $ 177.52 |
| 000003 | American Express Centurion Bank | $ 10,564.22 | $ 0.00 | $ 1,149.10 |
| 000004 | American Express Centurion Bank | $ 15,335.43 | $ 0.00 | $ 1,668.08 |
| 000005 | American Express Centurion Bank | $ 12,181.90 | $ 0.00 | $ 1,325.06 |
| 000007 | PYOD, LLC its successors and assigns as | $ 19,773.42 | $ 0.00 | $ 2,150.81 |
| 000008 | PYOD, LLC its successors and assigns as | $ 29,371.76 | $ 0.00 | $ 3,194.85 |
| 000009 | PYOD, LLC its successors and assigns as | $ 24,387.80 | $ 0.00 | $ 2,652.74 |

Total to be paid to timely general unsecured creditors     $    13,369.71

    Remaining Balance                                                                                                                                                                                                     $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                                     Prepared By: /s/Robert B. Katz

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Fred Stone Thurston  
Esther Marie Thurston  
    Debtors

Case No. 15-13546-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dross      Page 1 of 2      Date Rcvd: Dec 10, 2015  
                      Form ID: pdf006      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2015.

```
db/jdb         +Fred Stone Thurston,    Esther Marie Thurston,    27 Russet Way,    Palatine, IL 60067-3450
aty            +Dimonte & Lizak,    Dimonte & Lizak,    216 W Higgins Road,    Park Ridge, IL 60068-5706
23181325        AT&t Universal Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
23181322       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
23601488        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23181328      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
23181326       +Bank of America,    Attn: Corr Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
23181334      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
23181331       +Cap1/cosco,    Po Box 30253,    Salt Lake City, UT 84130-0253
23531318       +Cavalry Spv I, LLC,    Assignee of Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
23181332       +Chase Bp Prvt Lbl,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
23181333       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23181336      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
23682827       +The Bank of New York Mellon FKA,    Bank of America, N.A.,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
23181338       +Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265-7504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
23404797        E-mail/Text: mrdiscen@discover.com Dec 11 2015 00:17:32     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
23181335       +E-mail/Text: mrdiscen@discover.com Dec 11 2015 00:17:32     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
23708010       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 11 2015 00:25:22
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23181323*      +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
23181324*      +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
23601490*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23601489*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23181329*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
23181330*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
23181327*      +Bank of America,    Attn: Corr Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
23181337*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
                                                                                 TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2015                                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-1         User: dross              Page 2 of 2             Date Rcvd: Dec 10, 2015
                             Form ID: pdf006          Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2015 at the address(es) listed below:
              Daniel K Robin    on behalf of Debtor 2 Esther Marie Thurston danatlaw@aol.com
              Daniel K Robin    on behalf of Debtor 1 Fred Stone Thurston danatlaw@aol.com
              Ira P Goldberg    on behalf of Trustee Robert B Katz, ESQ igoldberg@dimontelaw.com,
               jjarke@dimontelaw.com
              Jill  Luetkenhaus    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
               REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-E jluetkenhaus@kmi-law.com,  ndil@kmi-law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert B Katz, ESQ    rkatztrustee@gmail.com,  rkatz@ecf.epiqsystems.com
              Robert B Katz, ESQ    on behalf of Accountant    Popowcer, Katten, Ltd. rkatztrustee@gmail.com,
               rkatz@ecf.epiqsystems.com
              Roman  Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
                                                                                             TOTAL: 8
```