# UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THURSTON, FRED STONE | § | Case No. 15-13546 |
| THURSTON, ESTHER MARIE | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 75.00                                    Assets Exempt: 96,808.00
*(Without deducting any secured claims)*


Total Distributions to Claimants:  13,369.71        Claims Discharged
                                                     Without Payment:  301,063.27


Total Expenses of Administration:  17,743.57

---

3) Total gross receipts of $ 31,113.28  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 31,113.28  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 231,791.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 17,743.57 | 17,743.57 | 17,743.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 191,519.00 | 149,307.96 | 122,913.98 | 13,369.71 |
| **TOTAL DISBURSEMENTS** | $ 423,310.00 | $ 167,051.53 | $ 140,657.55 | $ 31,113.28 |

    4) This case was originally filed under chapter 7 on 04/16/2015 . The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/14/2016     By:/s/Robert B. Katz, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 27 Russet Way, Palatine, Il  60067 | 1129-000 | 24,017.15 |
| 2 checking at Harris | 1129-000 | 3,396.13 |
| 2007 Toyota Avalon | 1129-000 | 2,350.00 |
| 2005 Taho LZ | 1129-000 | 1,350.00 |
| TOTAL GROSS RECEIPTS | | $ 31,113.28 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America Attn: Corr Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 |  | 204,784.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Corr Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 27,007.00 | NA | NA | 0.00 |
| | Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 231,791.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | 2100-000 | NA | 3,861.33 | 3,861.33 | 3,861.33 |
| ASSOCIATED BANK | 2600-000 | NA | 101.10 | 101.10 | 101.10 |
| DIMONTE & LIZAK, LLC | 3210-000 | NA | 12,440.00 | 12,440.00 | 12,440.00 |
| DIMONTE & LIZAK, LLC | 3220-000 | NA | 66.14 | 66.14 | 66.14 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 1,075.00 | 1,075.00 | 1,075.00 |
| DMD APPRAISALS, INC. | 3711-000 | NA | 200.00 | 200.00 | 200.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 17,743.57** | **$ 17,743.57** | **$ 17,743.57** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&t Universal Card P.O. Box 6500 Sioux Falls, SD 57117-6500 | | 29,092.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 15,335.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 12,181.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 10,564.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 19,749.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 7,489.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 5,345.00 | NA | NA | 0.00 |
| | Cap1/cosco Po Box 30253 Salt Lake City, UT 84130 | | 1,489.00 | NA | NA | 0.00 |
| | Chase Bp Prvt Lbl 225 Chastain Meadows Court Kennesaw, GA 30144 | | 1,369.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 16,136.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 24,387.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 8,891.00 | NA | NA | 0.00 |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 29,092.00 | NA | NA | 0.00 |
| | Usaa Savings Bank Po Box 47504 San Antonio, TX 78265 | | 10,400.00 | NA | NA | 0.00 |
| 000003 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 10,564.22 | 10,564.22 | 1,149.10 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 15,335.43 | 15,335.43 | 1,668.08 |
| 000005 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 12,181.90 | 12,181.90 | 1,325.06 |
| 000002 | CAVALRY SPV I, LLC | 7100-000 | NA | 1,632.03 | 1,632.03 | 177.52 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 9,667.42 | 9,667.42 | 1,051.55 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 19,773.42 | 19,773.42 | 2,150.81 |
| 000008 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 29,371.76 | 29,371.76 | 3,194.85 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 24,387.80 | 24,387.80 | 2,652.74 |
| 000006 | THE BANK OF NEW YORK MELLON FKA | 7100-000 | NA | 26,393.98 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 191,519.00 | $ 149,307.96 | $ 122,913.98 | $ 13,369.71 |

Case 15-13546 Doc 45 Filed 04/19/16 Entered 04/19/16 14:34:07 Desc Main
Document Page 9 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-13546 CAD Judge: CAROL A. DOYLE | Trustee Name: Robert B. Katz, Trustee |
| Case Name: | THURSTON, FRED STONE | Date Filed (f) or Converted (c): 04/16/15 (f) |
| | THURSTON, ESTHER MARIE | 341(a) Meeting Date: 06/04/15 |
| For Period Ending: | 04/14/16 | Claims Bar Date: 09/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 27 Russet Way, Palatine, Il 60067 | 328,000.00 | 24,017.15 | | 24,017.15 | FA |
| 2. nominal cash | 75.00 | 0.00 | | 0.00 | FA |
| 3. 2 checking at Harris | 1,200.00 | 3,396.13 | | 3,396.13 | FA |
| 4. misc furniture furnishings and electronics | 450.00 | 0.00 | | 0.00 | FA |
| 5. misc clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. 2 sets of golf clubs very old | 200.00 | 0.00 | | 0.00 | FA |
| 7. h&w shield 9 mm hand gun | 500.00 | 0.00 | | 0.00 | FA |
| 8. whole life policy with Trustmark Insurance husband | 2,090.00 | 0.00 | | 0.00 | FA |
| 9. Universal LIfe policy with Sentry; wife is the ben | 153.00 | 0.00 | | 0.00 | FA |
| 10. wife's 401k plan American Solutions for Business 4 | 43,000.00 | 0.00 | | 0.00 | FA |
| 11. esop; American Solutions ESOP plan | 23,465.00 | 0.00 | | 0.00 | FA |
| 12. 100% of Thurston Solution LLC which exists only t | 400.00 | 0.00 | | 0.00 | FA |
| 13. 2007 Toyota Avalon | 6,000.00 | 2,350.00 | | 2,350.00 | FA |
| 14. 2005 Taho LZ | 7,750.00 | 1,350.00 | | 1,350.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $413,583.00 $31,113.28 $31,113.28 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel to negotiate settlement with debtor's attorney and seek court approval of same; trustee
retained accountant abd filed requisite Federal and State income tax returns. Trustee prepared and filed this Final
Report.

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 19.05f

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-13546   CAD   Judge: CAROL A. DOYLE | Trustee Name:   Robert B. Katz, Trustee |
| Case Name: | THURSTON, FRED STONE | Date Filed (f) or Converted (c):   04/16/15 (f) |
| | THURSTON, ESTHER MARIE | 341(a) Meeting Date:   06/04/15 |
| | | Claims Bar Date:   09/15/15 |

Initial Projected Date of Final Report (TFR): 06/30/16    Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-13546 -CAD | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- |
| Case Name: | THURSTON, FRED STONE | Bank Name: | ASSOCIATED BANK |
|  | THURSTON, ESTHER MARIE | Account Number / CD #: | *******7126 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8994 |  |  |
| For Period Ending: | 04/14/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/02/15 | * NOTE * | BMO Harris Bank | SETTLEMENT PAYMENT | 1129-000 | 31,113.28 |  | 31,113.28 |
|  |  |  | * NOTE * Properties 1, 3, 13, 14 |  |  |  |  |
| 09/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.44 | 31,102.84 |
| 09/29/15 | 010001 | DMD Appraisals, Inc. |  | 3711-000 |  | 200.00 | 30,902.84 |
|  |  | Attn.: Donna Dernulc |  |  |  |  |  |
|  |  | 720 Sylviawood Ave. |  |  |  |  |  |
|  |  | Park Ridge, IL 60068 |  |  |  |  |  |
| 10/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 44.74 | 30,858.10 |
| 11/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 45.92 | 30,812.18 |
| 02/03/16 | 010002 | Robert B. Katz | Claim 10, Payment 100.00000% | 2100-000 |  | 3,861.33 | 26,950.85 |
|  |  | 53 W Jackson Blvd. |  |  |  |  |  |
|  |  | Suite 1320 |  |  |  |  |  |
|  |  | Chicago, IL 60604 |  |  |  |  |  |
| 02/03/16 | 010003 | Popowcer Katten, LTD. | Claim 11, Payment 100.00000% | 3410-000 |  | 1,075.00 | 25,875.85 |
|  |  | 35 E Wacker Drive, Suite 1550 |  |  |  |  |  |
|  |  | Chicago, IL 60601 |  |  |  |  |  |
| 02/03/16 | 010004 | DiMonte & Lizak, LLC | Claim 12, Payment 100.00000% |  |  | 12,506.14 | 13,369.71 |
|  |  | 216 West Higgens Road |  |  |  |  |  |
|  |  | Park Ridge, Il 60068 |  |  |  |  |  |
|  |  |  | Fees            12,440.00 | 3210-000 |  |  |  |
|  |  |  | Expenses           66.14 | 3220-000 |  |  |  |
| 02/03/16 | 010005 | Discover Bank | Claim 000001, Payment 10.87726% | 7100-000 |  | 1,051.55 | 12,318.16 |
|  |  | Discover Products Inc |  |  |  |  |  |
|  |  | PO Box 3025 |  |  |  |  |  |
|  |  | New Albany, OH 43054-3025 |  |  |  |  |  |
| 02/03/16 | 010006 | Cavalry Spv I, LLC | Claim 000002, Payment 10.87725% | 7100-000 |  | 177.52 | 12,140.64 |
|  |  | Assignee of Capital One, N.A. |  |  |  |  |  |
|  |  | Bass & Associates, P.C. |  |  |  |  |  |

Page Subtotals          31,113.28          18,972.64

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-13546 -CAD | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | THURSTON, FRED STONE | | Bank Name: | ASSOCIATED BANK |
| | THURSTON, ESTHER MARIE | | Account Number / CD #: | *******7126 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8994 | | | |
| For Period Ending: | 04/14/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/03/16 | 010007 | 3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 10.87728% | 7100-000 | | 1,149.10 | 10,991.54 |
| 02/03/16 | 010008 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 10.87730% | 7100-000 | | 1,668.08 | 9,323.46 |
| 02/03/16 | 010009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 10.87729% | 7100-000 | | 1,325.06 | 7,998.40 |
| 02/03/16 | 010010 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000007, Payment 10.87728% | 7100-000 | | 2,150.81 | 5,847.59 |
| 02/03/16 | 010011 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000008, Payment 10.87728% | 7100-000 | | 3,194.85 | 2,652.74 |
| 02/03/16 | 010012 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services | Claim 000009, Payment 10.87732% | 7100-000 | | 2,652.74 | 0.00 |

Page Subtotals  0.00  12,140.64

Ver: 19.05f

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-13546 -CAD | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | THURSTON, FRED STONE | | Bank Name: | ASSOCIATED BANK |
| | THURSTON, ESTHER MARIE | | Account Number / CD #: | *******7126 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8994 | | | |
| For Period Ending: | 04/14/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 19008 Greenville, SC 29602 | | | | | |

```
                                        COLUMN TOTALS                       31,113.28          31,113.28              0.00
                                    Less:  Bank Transfers/CD's                    0.00               0.00
                                        Subtotal                             31,113.28          31,113.28
                                    Less:  Payments to Debtors                                        0.00
                                        Net                                  31,113.28          31,113.28
                                                                                NET
                                                                                                  NET              ACCOUNT
        TOTAL - ALL ACCOUNTS                                                NET DEPOSITS      DISBURSEMENTS         BALANCE
        Checking Account (Non-Interest Earn - ********7126)                  31,113.28          31,113.28              0.00
                                                                           ------------       ------------        ------------
                                                                             31,113.28          31,113.28              0.00
                                                                           ============       ============        ============
                                                                          (Excludes Account  (Excludes Payments    Total Funds
                                                                            Transfers)          To Debtors)         On Hand
```

Trustee's Signature: /s/ Robert B. Katz, Trustee _____ Date: 04/14/16
ROBERT B. KATZ, TRUSTEE

Page Subtotals 0.00 0.00

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*